SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-------------------------------------------------------------X

VOX FUNDING LLC,

        Plaintiff,

  -against-

CXOSYNC LLC D/B/A CXOSYNC and RUPEN PATEL,

        Defendants.

-------------------------------------------------------------X

Filed:
Index No.:

Plaintiff designates KINGS County as the place of Trial

**SUMMONS WITH NOTICE**

The basis of the venue is contractual pursuant to CPLR § 501.

**TO THE ABOVE-NAMED DEFENDANTS**

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiffs' Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

    **NOTICE:** The nature of this action is for breach of contract and guaranty therefor, where the Defendants sold and/or guaranteed the payment of future receivables to Plaintiff(s) and have defaulted their obligations under the terms of the Merchant Agreement dated 1/5/2023.

    **The relief sought is judgment**, jointly and severally, against the Defendants in the sum of $82,495.36.

    UPON YOUR FAILURE TO APPEAR, JUDGMENT WILL BE TAKEN AGAINST YOU IN THE SUM OF $82,495.36 PLUS INTEREST AT THE STATUTORY RATE FROM THE DATE OF DEFAULT, PLUS COSTS OF THIS ACTION AND REASONABLE ATTORNEYS' FEES.

Dated: New York, New York
        February 14, 2024

                                AINSWORTH GORKIN PLLC

                          By: _____
                                Yeshaya Gorkin, Esq.
                                P.O. Box 605
                                New York, NY 10038
                                Tel. (212) 913-0217

**DEFENDANTS' ADDRESSES:**
CXOSYNC LLC D/B/A CXOSYNC
1900 E GOLF RD STE 500, SCHAUMBURG, IL 60173

RUPEN PATEL
1600 S PRAIRIE AVE UNIT 1208, CHICAGO, IL 60616

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

----------------------------------------------------------------X
VOX FUNDING LLC,

                                                                          Index No.:

        **Plaintiff**,

      -against-

CXOSYNC LLC D/B/A CXOSYNC and RUPEN
PATEL,

        **Defendants.**
----------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING

**(Mandatory Case)**

(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:** Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).
- **If you are not represented by an attorney:**

You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.

If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

The **benefits of participating in e-filing** include:

- serving and filing your documents electronically
- free access to view and print your e-filed documents
- limiting your number of trips to the courthouse
- paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov
- To find legal information to help you represent yourself visit www.nycourthelp.gov

3

## Information for Attorneys

### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) Immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile; or

2) File the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: New York, New York
February 14, 2024

AINSWORTH GORKIN PLLC

By: _____
Yeshaya Gorkin, Esq.
P.O. Box 605
New York, NY 10038
Tel. (212) 913-0217

**DEFENDANTS' ADDRESSES:**
CXOSYNC LLC D/B/A CXOSYNC
1900 E GOLF RD STE 500, SCHAUMBURG, IL 60173

RUPEN PATEL
1600 S PRAIRIE AVE UNIT 1208, CHICAGO, IL 60616