**SUPREME COURT OF THE STATE OF NEW YORK**
**IN AND FOR THE COUNTY OF KINGS**

| | |
|---|---|
| **VOX FUNDING LLC,** | |
| Plaintiff, | |
| *~ versus ~* | Index No. __504456/2024__ |
| **CXOSYNC LLC** *doing business as* **CXOSYNC**; *and* **RUPEN PATEL**, | **NOTICE OF FILING OF** <br> **NOTICE OF REMOVAL** |
| Defendants. | |

**TO THE HONORABLE ADMINISTRATIVE JUDGE;**
**THE CHIEF CLERK OF THE COURT;**
**AND THE JUSTICES OF THE SUPREME COURT**
**OF THE STATE OF NEW YORK IN AND FOR THE COUNTY OF KINGS;**
**AND COUNSEL FOR THE PLAINTIFF:**

**PLEASE TAKE NOTICE** that on March 28, 2024, Defendants filed a Notice of Removal of this action before the United States District Court for the Eastern District of New York, a copy of which is annexed here as **Exhibit A**.

Defendants respectfully submit that pursuant to 28 U.S.C. § 1446, the filing of this Notice of Removal in the United States District, together with the filing of this Notice of Filing of Notice of Removal with this Court, effects the Removal of this action, and this Court may proceed no further unless and until this case is remanded.

Dated: **March 28, 2024**

RESPECTFULLY SUBMITTED,

By: _____

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for All Defendants*

*Served on all Parties via NYSCEF*